

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00283-CR

**IN RE** Martin **FELAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

On June 30, 2014, relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on July 15th, 2014.               PER CURIAM

ATTESTED TO: _____

                      Keith E. Hottle
                      Clerk of Court



---

[1] This proceeding arises out of Cause No. 2005CR2635, styled *The State of Texas v. Martin Felan*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.